IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| JEFF T. PAGEL, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 09-CV-1132 |
| TIN, INC., | ) |
| Defendant. | ) |

## ORDER FOLLOWING MEDIATED SETTLEMENT

**BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:**

This case has been settled through the *ex parte* mediation efforts of United States Magistrate Judge Byron Cudmore. MEDIATED SETTLEMENT REACHED. The Court finds that a binding settlement contract exists. Parties to consent to Judge Cudmore pursuant to 28 U.S.C. 636(c) to retain jurisdiction to enforce settlement contract and to e-file the consent by December 14, 2012. Parties to file motion to dismiss based upon settlement by January 7, 2013. All deadlines and settings CANCELLED.

ENTERED:    December 3, 2012

_____s/ Byron G. Cudmore_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE